**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**SHIVAKUMAR HANUBAL, ROHINI SASTRY,**

**Plaintiffs,**

**v.** **Case No.: 5:25-cv-00385-JSM-PRL**

**TOPA INSURANCE COMPANY,**

**Defendant,**
___________________________________/

# ORDER

The Court previously denied without prejudice Defendant's motion to seal Plaintiff's Notice of Acceptance of Offer of Judgment, which contains Defendant's Offer of Judgment. (Doc. 29). The Court explained that the only potentially confidential information in the Notice was the dollar amount of the Offer of Judgment, which could easily be redacted without sealing the entire document.

Defendant has now filed a renewed motion seeking permission to redact the settlement amount from the Offer of Judgment. Defendant explains that the filing publicly disclosed confidential settlement amounts that were never intended for filing and were discussed only in the context of settlement. The motion is unopposed.

Upon due consideration, Defendant's renewed motion to redact the settlement amount (Doc. 30) is **granted.** Defendant shall promptly file a redacted version of Exhibit A to Doc. 22, solely redacting the settlement amount from paragraphs 1 and 5 of "Defendant's Offer of Judgment." Upon filing, the Clerk shall seal Exhibit A to Doc. 22.

DONE and ORDERED in Ocala, Florida on October 21, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Party